# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAMES WYMER,**

    Plaintiff,

VS.                                                        Case No. 4:16cv162-MW/CAS

**LEON COUNTY EMS**, et al.,

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed. Although it appears that Plaintiff names several Defendants on page one of the complaint form Section II of the complaint form, ECF No. 1 at 2, would indicate that Plaintiff has named only one person as Defendant: Chad Abrams, the Chief of Leon County EMS. Plaintiff's factual allegations, however, do not provide a basis for a complaint against either Mr. Abrams

or Leon County EMS.  Plaintiff alleges that any time he leaves his apartment, he is followed by an ambulance.  *Id.* at 3.  Plaintiff says when he called concerning this issue, he was told he was "crazy."  *Id.*  Plaintiff contends it is "not a coincidence" and states that even when he lived "across town, the same people as EMS" were everywhere he went.  *Id.*  He believes this is "part of the conspiracy" and asserts that he has pictures to prove his allegations.  *Id.*  He contends that following him everywhere he goes is crazy.  *Id.*

Plaintiff has not presented any facts which reveal that his federal constitutional rights have been violated.  Plaintiff has also not alleged any specific way in which he has suffered harm.  This case should be dismissed because it does not appear that leave to amend the complaint would be beneficial.

It also appears appropriate to dismiss this case because it is likely that Plaintiff has abandoned this litigation.  Plaintiff recently submitted approximately 14 cases to this Court.  Most of his cases were submitted on March 14 or 15, 2016, but Plaintiff also submitted two more cases on March 23, 2016, and one additional case on March 25, 2016.  The last case filed, case number 4:16cv187-MW/CAS, reveals that the "notice to

pro se litigants," ECF No. 3, which is routinely sent from the Clerk's Office upon case initiation, was returned to the Court as "undeliverable." ECF No. 4. The mail has a postal stamp which states: "Return to Sender; Unable to Forward." *Id.* If mail from this Court cannot reach Plaintiff, this case cannot continue. Accordingly, there is no reason to continue this case or provide Plaintiff with an opportunity to amend his complaint in light of the fact that it appears Plaintiff may not receive this Order. This case should be summarily dismissed.

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

 s/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**